# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MILO VACANTI,** | ) | 8:08CV436 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | **ORDER** |
| **SUNSET FINANCIAL SERVICES, INC.,** | ) | |
| and **BRYAN S. BEHRENS,** | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the Plaintiff's Unopposed Motion for a One-Week Extension of the Deadline for Opposing Kansas City Life's Motion to Dismiss. Plaintiff seeks an extension from April 6, 2009, to April 13, 2009, to respond to the Defendant's motion. Counsel for the Plaintiff states that Defendant Kansas City Life does not oppose Plaintiff's motion.

IT IS ORDERED:

1. The Plaintiff's Motion for Extension of Time (Filing No. 73) is granted; and
2. The Plaintiff shall respond to the Defendant Kansas City Life's Motion to Dismiss (Filing No. 69) by filing his brief and index of evidence, if any, on or before April 13, 2009.

DATED this 31st day of March, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge