IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MILO VACANTI,** | ) | **8:08CV436** |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | **ORDER** |
| **SUNSET FINANCIAL SERVICES, INC.,** | ) | |
| **KANSAS CITY LIFE INSURANCE** | ) | |
| **COMPANY, and BRYAN S. BEHRENS,** | ) | |
| | ) | |
| Defendants. | ) | |

The mandate of the United States Court of Appeals for the Eighth Circuit having issued today, reversing in part this Court's dismissal of Plaintiff's action, the Plaintiff shall file an amended Complaint consistent with the ruling of the Court of Appeals on or before September 28, 2010, and Defendants shall respond within fourteen days after service of the amended Complaint.

DATED this 10th day of September, 2010.

BY THE COURT:


s/Laurie Smith Camp
United States District Judge