# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARLIN LUSTGRAAF, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **8:08-CV-00335-LSC-FG3** |
| v. | ) | |
| | ) | **ORDER** |
| SUNSET FINANCIAL SERVICES, INC. and BRYAN S. BEHRENS, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| JEAN POOLE, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | **8:08-CV-00399-LSC-FG3** |
| v. | ) | |
| | ) | **ORDER** |
| SUNSET FINANCIAL SERVICES, INC. and BRYAN S. BEHRENS, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| MILO VACANTI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **8:08-CV-00436-LSC-FG3** |
| v. | ) | |
| | ) | **ORDER** |
| SUNSET FINANCIAL SERVICES, INC. and BRYAN S. BEHRENS, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| WILLIAM GREEN, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | **8:09-CV-00013-LSC-FG3** |
| v. | ) | |
| | ) | **ORDER** |
| SUNSET FINANCIAL SERVICES, INC. and BRYAN S. BEHRENS, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

MILO VACANTI,                          )
                                       )
                    Plaintiff,         )
                                       )          8:09-CV-00044-LSC-FG3
            vs.                        )
                                       )                    ORDER
SUNSET FINANCIAL SERVICES, INC.        )
and BRYAN S. BEHRENS,                  )
                                       )
                    Defendants.        )

 

This matter is before the court on Plaintiffs' motion for leave to file a proposed sur-reply brief opposing Sunset Financial Services, Inc.'s motion for leave to amend to assert cross-claims. (Case No. 8:08CV00335, filing 193; Case No. 8:08CV00399, filing 192; Case No. 8:08CV00436, filing 183; Case No. 8:09CV00013, filing 145; Case No. 8:09CV00044, filing 110). The motion will be granted.

**IT IS ORDERED:**

1.   Plaintiffs' motion for leave to file a sur-reply brief is granted.  (Case No. 8:08CV00335, filing 193; Case No. 8:08CV00399, filing 192; Case No. 8:08CV00436, filing 183; Case No. 8:09CV00013, filing 145; Case No. 8:09CV00044, filing 110).

2.   The court hereby takes notice of Plaintiffs' proposed brief, which was submitted with the present motion.

**DATED June 2, 2011.**

                                   **BY THE COURT:**

                                   **S/ F.A. Gossett, III**
                                   **United States Magistrate Judge**