IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BARBARA M. VACANTI, PERSONAL REPRESENTATIVE OF THE ESTATE OF MILO VACANTI, <br><br>    Plaintiff, <br><br> vs. <br><br> SUNSET FINANCIAL SERVICES, INC., and BRYAN S. BEHRENS, <br><br>    Defendants. | 8:08-CV-436 <br><br><br> ORDER |
| BARBARA M. VACANTI, PERSONAL REPRESENTATIVE OF THE ESTATE OF MILO VACANTI, <br><br>    Plaintiff, <br><br> vs. <br><br> SUNSET FINANCIAL SERVICES, INC., and BRYAN S. BEHRENS, <br><br>    Defendants. | 8:09-CV-44 <br><br><br> ORDER |

    This matter is before the Court on the stipulation and joint motions for dismissal without prejudice (case no. 8:08-cv-436 filing 374; case no. 8:09-cv-44 filing 294) of the plaintiff's claims and Sunset Financial Services' cross-claims against Bryan S. Behrens. As the Court previously stated in its order of June 11, 2013 (case no. 8:08-cv-436 filing 373), the parties are not precluded by the automatic bankruptcy stay from voluntarily dismissing their claims against Behrens, as such a dismissal is not a "continuation" of a proceeding against the debtor within the meaning of 11 U.S.C. § 362(a)(1). See *Dennis v. A.H. Robins Co., Inc.*, 860 F.2d 871, 872 (8th Cir. 1988); *see also*

*O'Donnell v. Vencor Inc.*, 466 F.3d 1104, 1110-11 (9th Cir. 2006). Accordingly, the parties' motions will be granted pursuant to Fed. R. Civ. P. 41(a)(2).

    IT IS ORDERED:

1. The moving parties' stipulation and joint motions for dismissal without prejudice (case no. 8:08-cv-436 filing 374; case no. 8:09-cv-44 filing 294) are granted.

2. The plaintiff's claims and Sunset Financial Services' cross-claims against Bryan S. Behrens are dismissed without prejudice.

Dated this 26th day of July, 2013.

                                  BY THE COURT:

                                  John M. Gerrard
                                  United States District Judge